IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–41–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MANUEL FLORES, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 39.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Manuel Flores is charged with attempted coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b), as set forth in the Indictment. (Doc. 16.) Judge DeSoto recommends that this Court accept Flores's guilty plea as to the sole Count after he appeared before her pursuant to Federal Rule of Criminal

1

Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 39) is ADOPTED in full.

IT IS FURTHER ORDERED that Flores's motion to change plea (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that Manuel Flores is adjudged guilty as charged in the Indictment.

DATED this 27th day of February, 2026.

Dana L. Christensen, District Judge
United States District Court

2